1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SANTOS RAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-477 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| SANTOS RAEL, | ) | |
| Defendant. | ) | |

This matter came on for Status Conference on January 9, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Santos Rael, who was present and in custody.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government.  A further status conference date of January 17, 2007, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 9, 2007, up until and including January 17, 2007.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to January 17, 2007, at 9:30 a.m. for Status Conference.

Order After Hearing

1   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from January 9, 2007, up to and including January 17, 2007, is
3  excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of
4  counsel.
5  Dated: January 11, 2007

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

Order After Hearing                    2